**BOLDING v. CAMP et al. (Motion No. 8126; No. 1102-5014.)**

Commission of Appeals of Texas, Section A. June 25, 1928.

On motion for rehearing.

For original opinion, see 6 S.W.(2d) 94. See, also, 296 S. W. 1116.

Goggans & Allison, of Breckenridge, and Fitzgerald & Hatchitt, of Wichita Falls, for plaintiff in error.

Kilgore, Montgomery & Carrigan, Kay, Akin & Smedley, Weeks, Morrow, Francis & Hankerson, E. E. Fischer, F. G. Swanson, and Davenport & Crain, all of Wichita Falls, for defendants in error.

NICKELS, J. Upon reconsideration, we have concluded that the case is one wherein "the justice of the case demands another trial" (article 1771, R. S. 1925), since there reasonably appears probability the controversy has not been fully developed. P. & G. N. Ry. Co. v. Robinson, 104 Tex. 482, 140 S. W. 434; Faulkner v. Reed (Tex. Com. App.) 241 S. W. 1002.

We have re-examined other questions presented in the motion for rehearing filed by defendants in error, but adhere to the views formerly expressed.

Accordingly, we recommend that the judgment heretofore entered in the cause be so reformed so as that the cause be remanded for a new trial, and that in all other respects the motion for rehearing be overruled.

---

**MAGNOLIA PETROLEUM CO. et al. v. CASWELL et al. (Motion No. 7952; No. 1030-4930.)**

Commission of Appeals of Texas, Section A. June 25, 1928.

On motion for rehearing.
See, also, 295 S. W. 653.

F. D. Minor, of Beaumont, and W. H. Francis, A. S. Hardwicke, and Walace Hawkins, of Dallas, for plaintiffs in error.

Howth, Adams & Hart and A. D. Lipscomb, all of Beaumont, for defendants in error.

CRITZ, J. In our original opinion (1 S. W.[2d] 597) we stated:

"The record shows that the plaintiffs in error, Magnolia Petroleum Company et al., have become the owners of the 96-acre tract, and that they also have purchased the title decreed to Mrs. Amanda Cartwright by the above judgment, in the 60-foot strip."

We were partly in error in the above statement. We should have stated that the record shows that plaintiffs in error, Magnolia Petroleum Company et al. have become the owners of the 224-acre tract, and have purchased the title decreed to Mrs. Amanda Cartwright by the above judgment in the 60-foot strip. However, the ownership of the 96-acre tract or the 224-acre tract is immaterial under the view we take of this case. The real issue is the title to the 60-foot strip.

We have carefully read and considered the very able and exhaustive motion for rehearing and authorities therein cited, together with the additional argument filed therewith, and we still adhere to the holding in our original opinion, to the effect that Mrs. Amanda Cartwright took, under the judgment under consideration, the fee to the 60-foot strip of land, burdened with no easement in favor of any one, and that Craig and the Caswells took no interest or title whatever therein.

We therefore recommend that the motion for rehearing of the defendants in error be in all things overruled.